UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN S. HARRIS,

    Plaintiffs,

v.

DAVID S. GALE

    Defendant.

_____/

CASE NO. 1:23-cv-1139

HON. ROBERT J. JONKER

## ORDER

Defendant has filed a renewed Motion for Default Judgment. ECF No. 11. The new filing includes a copy of the Amended and Restated Promissory Note, and otherwise addresses the issues raised by the Court's denying without prejudice an earlier request for default judgment. ECF No. 9. A Clerk's Entry of Default is now of record. ECF No. 10. The Court is satisfied Defendant is entitled to the default judgment it seeks and so its Renewed Motion is GRANTED. A separate Default Judgment will enter.

    **IT IS SO ORDERED**.

Dated:  March 25, 2024              /s/ Robert J. Jonker
                                                                  ROBERT J. JONKER
                                                                  UNITED STATES DISTRICT JUDGE