UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN S. HARRIS,

    Plaintiffs,

                              CASE NO. 1:23-cv-1139

v.

                              HON. ROBERT J. JONKER

DAVID S. GALE

    Defendant.
_____/

## DEFAULT JUDGMENT

Based on the Court's order granting Plaintiff's Renewed Motion, judgment by default enters in favor of Plaintiff and against Defendant in the amount of $1,000,000 (one million dollars).

**IT IS SO ORDERED**.

Dated:  March 25, 2024                  /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE